IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
| | BEFORE: JON T. HUSEBY |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 22-mj-528 JTH |
| | Date: June 24, 2022 |
| Craig Miller, | Videoconference |
| | Time Commenced: 1:16 p.m. |
| Defendant. | Time Concluded: 2:00 p.m. |
| | Time in Court: 44 minutes |

APPEARANCES:

Plaintiff: Kim Svendsen, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
    X FPD      X To be appointed

X Advised of Rights

on    X Complaint
X Date charges or violation filed: June 22, 2022
X Current Offense: obstruction of justice
X **Charges from other District:** Eastern New York
X Title and Code of underlying offense from other District: 18:1512(c)(1)
X Case no: 22-mj-665

X Released on conditions-detained until all conditions are met, see Order Setting Conditions of Release

Next appearance date is Tuesday, June 28, 2022 at 11:00 a.m. before U.S. Magistrate Judge Becky R. Thorson via video conference for:
X Removal hrg

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                             *s/nah*
                                                         Signature of Courtroom Deputy